UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

Criminal Minutes

Before: Allison Claire                                  Deputy Clerk: Valerie K. Callen

Case No.:   2:15mj00207-AC                     Date:   January 25, 2016

Asst. U.S. Atty.:   R. Benjamin Nelson       CD # 1 of 1

Interpreter:   N/A

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

CODY BOYD PITMAN,

      Defendant(s).

| | Appointed | Retained | Federal Defender | Name |
|---|---|---|---|---|
| 1. | __ | __ | _x_ | Linda Allison |
| 2. | __ | __ | __ | |
| 3. | __ | __ | __ | |
| 4. | __ | __ | __ | |

_X_ This District   __ The District of       Case #

__ Indictment   __ Petty Offense   __ Complaint   __ Superseding   __ Probation Violation   _x_ Information

Defendants:   _x_ Present       __ In Custody       __ Not Appearing

__ True Name as charged       States True Name is:

__ Defendant Advised of Rights/Charges       __ Bail Set $

Date of Guilty Plea or Verdict:

Hearing Set:       __ Initial Appearance   _x_ Other   Change of Plea/Sentencing

Preliminary Hearing:   at

Next Appearance:   at       For:

Results of Hearing:

The defendant is sworn and answers the questions posed by the court. The defendant entered a Guilty plea to count one of the Information a violation of 16USC § 704(b)(1) - Unlawful Taking of Migratory Bird. The defendant is sentence One year Court Probation, a Special Assessment of $10.00 and a fine of $1,000.00. The fine shall be paid within one year of today's date. Court probation shall terminate upon payment of the fine. The defendant waived his right to an appeal. The court advised the defendant of his right to an appeal.

10 mins.

__ Excludable Time ordered:       Starts: ___   Stops: ___   Total Days: ___

                                          Code: ___

cc: